March 31, 1975

No. 74–743.  Comet Electronics, Inc., et al. v. United States et al.;

No. 74–762.  George T. Cook Co., Inc., et al. v. United States et al.; and

No. 74–833.  Trans-Mark Services, Inc., et al. v. Interstate Commerce Commission et al.  Affirmed on appeal from D. C. W. D. Mo.  Reported below: 381 F. Supp. 1233.

No. 74–823.  Servitron, Inc., et al. v. Interstate Commerce Commission et al.  Affirmed on appeal from D. C. M. D. La.

No. 73–1763.  Lukhard, Director, Department of Welfare and Institutions of Virginia v. Doe.  C. A. 4th Cir.  Motion of respondent for leave to proceed in forma pauperis and certiorari granted.  Judgment vacated and case remanded for further consideration in light of Burns v. Alcala, ante, p. 575.

No. 74–637.  Trainor, Director, Department of Public Aid of Illinois, et al. v. Wilson.  C. A. 7th Cir.  Motion of respondent for leave to proceed in forma pauperis and certiorari granted.  Judgment vacated and case remanded for further consideration in light of Burns v. Alcala, ante, p. 575.

No. 73–1917.  Immigration and Naturalization Service v. Echeverria.  C. A. 9th Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of Reid v. Immigration and Naturalization Service, ante, p. 619.